UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                    CASE NO. 06-50012-PCY5
                                          CHAPTER 13
MARK OWEN VICKERY
KAYREN GREEN VICKERY

       Debtor(s)
_____/

CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, NA which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 409920 in the amount of $3.51 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

      /s/Leigh D. Hart or
      /s/William J. Miller, Jr.
        OFFICE OF THE CHAPTER 13 TRUSTEE
        POST OFFICE BOX 646
        TALLAHASSEE, FL 32302
        ldhecf@earthlink.net
        (850) 681-2734 "Telephone"
        (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| MARK OWEN VICKERY | CHEVRON CREDIT BANK, NA |
| KAYREN GREEN VICKERY | 2001 DIAMOND BLVD |
| 2922 WILDWOOD DR. | P.O. BOX 5010 SEC 230 |
| MARIANNA, FL 32448 | CONCORD, CA 94524 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

      /s/Leigh D. Hart or
      /s/William J. Miller, Jr.
3/17/2011  3:46 pm / CR_213        OFFICE OF CHAPTER 13 TRUSTEE